**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RYAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20 CV 734 |
| v. | ) | Honorable Judge Mary M. Rowland |
| | ) | |
| ILLINOIS STATE POLICE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Illinois State Police, Brendan Kelly, and Jessica Trame, by and through their attorney Kwame Raoul, Attorney General for the State of Illinois, hereby request an extension of time to answer or otherwise plead to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1. Plaintiff filed his Complaint in this matter on January 31, 2020. *See* Dkt. at 1.

2. Summons was issued to Defendants on February 4, 2020 and was served on February 7, 2020. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' responses to the Complaint are due February 28, 2020.

3. Assistant Attorney General Amanda Kozar was assigned to this case on February 26, 2020, and promptly entered her appearance the next day. Dkt. at 6.

4. The undersigned is working diligently to prepare responses on behalf of Defendants; however, due to the late notice of the suit, she has not yet had adequate time to fully investigate the claims asserted by Plaintiff in his Complaint.

5. As such, Defendants respectfully request an additional 30 days, up to and including March 29, 2020, in which to answer or otherwise plead on behalf of Defendants.

1

6. This motion is being made in good faith for purposes of preparing an adequate defense, without any purpose of creating undue delay. Granting an extension as requested herein will not prejudice Plaintiff.

## CONCLUSION

For the reasons stated herein, Defendants respectfully request that the Court grant them an extension of time to answer or otherwise plead to Plaintiff's Complaint, until March 29, 2020, and for such further relief that the Court finds reasonable and just.

Dated: February 28, 2020

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

/s/ Amanda L. Kozar
AMANDA L. KOZAR
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6534
AKozar@atg.state.il.us

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on February 28, 2020, she electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

        Respectfully Submitted,

        */s/ Amanda L. Kozar*
        AMANDA L. KOZAR