## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Ryan A. Thomas, et al.

                    Plaintiff,

v.                                           Case No.: 1:20−cv−00734
                                                          Honorable Mary M. Rowland

Illinois State Police, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: In light of Second Amended General Order 20−0012 dated March 30, 2020, the deadline for Defendants to answer or otherwise plead is extended to 5/18/20. Initial status set for 4/14/20 is stricken and reset to 6/18/20 at 9:30am. Joint Initial Status Report due 6/11/20. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.