IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN A. THOMAS, GORAN LAZIC, DOVONI R. SINGLETON, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE POLICE, BRENDAN F. KELLY, in both his individual and official capacity as Director of the Illinois State Police, and JESSICA TRAME, in both her individual and official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:20 CV 734 |

**MOTION FOR EXTENSION OF TIME
AND
F.R.CIV.P. 15(a)(2) MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs, RYAN A. THOMAS, GORAN LAZIC, DOVONI R. SINGLETON, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC., by and through LAW FIRM OF DAVID G. SIGALE, P.C. and KNABE & BEDELL, their attorneys, hereby moves this Honorable Court for an extension of time to respond to Defendants' Motion to Dismiss (Dkt. # 26). Plaintiffs also move this Honorable Court, pursuant to F.R.Civ.P. 15(a)(2), for leave to file a Second Amended Complaint in this matter. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed a currently-pending Complaint challenging the violation of their/their members' constitutional rights relating to the Defendants' processing of appeals for the denials and/or revocations of licenses under the Firearm Owners Identification Card Act (430 ILCS 65/1, *et seq.*) (FOID Card Act).

2. Since the filing of their Amended Complaint, the Plaintiffs Thomas and Lazic have received their FOID cards, and Lazic has received his concealed carry license, for which a FOID card is a prerequisite.

3. However, Plaintiff Singleton has not received his FOID card and Thomas has not received his applied-for CCL, despite the 90-day statutory deadline passing. In addition, Plaintiffs intend to substitute/add additional persons whose FOID appeals have been pending to the point of unconstitutionality.

4. Therefore, in order to address these further and continued infringements of their rights to possess and carry firearms for self-defense, Plaintiffs request leave to amend their Complaint to add and/or substitute Plaintiffs, and to add a claim regarding the concealed carry license violation against Thomas. Plaintiffs also intend to voluntarily dismiss Plaintiff Lazic.

5. Further, it will be more conducive to judicial economy if Plaintiff files a Second Amended Complaint, thus removing the need for Plaintiffs to file a separate action.

6. Additionally, the filing of a Second Amended Complaint will moot the pending Motion to Dismiss.

7.      However, despite diligence, Plaintiffs request an additional 21 days to file the Second Amended Complaint due to counsel's caseload, which has recently involved the drafting of numerous pleadings, preparation for two imminent evidentiary hearings in state court, and preparation and taking of a Rule 30(b)(6) deposition in a separate Section 1983 case. Despite their efforts, Plaintiffs' counsel must request additional time to submit the proposed Second Amended Complaint.

8.      Defendants are not prejudiced by the granting of this Motion, though Plaintiffs would be greatly prejudiced were they not allowed to amend their Complaint to accurately state their causes of action.

9.      This Motion is not filed for dilatory purposes or for delay, but only so that Plaintiffs may fully present their claims before the Court.

WHEREFORE, the Plaintiffs, RYAN A. THOMAS, GORAN LAZIC, DOVONI R. SINGLETON, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC., pray this Court grant them leave to file their Second Amended Complaint within 21 days, and grant such other and further relief as this Court may deem just and proper.

Dated: September 22, 2020

                                                                  /s/ David G. Sigale
                                                                  One of the Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

## **CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1. On September 22, 2020, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

2. Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorney for Plaintiffs