## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ryan A. Thomas, et al.

                             Plaintiff,

v.
                                              Case No.: 1:20–cv–00734
                                                Honorable Mary M. Rowland

Illinois State Police, et al.

                             Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2020:

       MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion for leave to file second amended complaint [31] is granted. Plaintiffs new complaint is due by 10/16/20. Defendants' motion to dismiss [26] is denied as moot. Any objection to the motion to reassign case [29] is also due from Plaintiff by 10/16/20. Reply due 11/6/20. The court will hold off on discovery until these initial matters get settled. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.