**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RYAN A. THOMAS, GORAN LAZIC, DOVONI R. SINGLETON, MANISH MOTWANI, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>BRENDAN F. KELLY, in both his individual and official capacity as Director of the Illinois State Police, JAROD INGEBRIGTSEN, in his individual and official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, and JESSICA TRAME, in her individual capacity as former Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 1:20 CV 734 |

**NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

      On October 16, 2020, the Plaintiffs electronically filed their <u>Second Amended Complaint</u> with the District Court Clerk *via* CM/ECF filing system;

      Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

                                 /s/ David G. Sigale
                                One of the Attorneys for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com