IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN A. THOMAS, GORAN LAZIC, ) <br> DOVONI R. SINGLETON, MANISH MOTWANI, ) <br> ILLINOIS STATE RIFLE ASSOCIATION, and ) <br> SECOND AMENDMENT FOUNDATION, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRENDAN F. KELLY, in both his individual and ) <br> official capacity as Director of the Illinois State ) <br> Police, JAROD INGEBRIGTSEN, in his individual ) <br> and official capacity as Bureau Chief of the Illinois ) <br> State Police Firearms Services Bureau, and ) <br> JESSICA TRAME, in her individual capacity as ) <br> former Bureau Chief of the Illinois State Police ) <br> Firearms Services Bureau, ) <br> ) <br> Defendants. ) | No. 1:20 CV 734 |

## NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

On February 5, 2021, the Plaintiffs electronically filed their **Response to the Defendants' Partial Motion to Dismiss** with the District Court Clerk via CM/ECF filing system;

Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale
One of the Attorneys for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com