UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ryan A. Thomas, et al.
                    Plaintiff,

v.                                              Case No.: 1:20−cv−00734
                                                      Honorable Mary M. Rowland

Illinois State Police, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 20, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing on Plaintiffs' motion for preliminary injunction hearing held. Counsel appeared via video conference. The court will rule on the pending motions by mail. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.