# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Illinois State Rifle Association, et al.

                          Plaintiff,

v.                                                   Case No.: 1:20−cv−00734
                                                  Honorable Mary M. Rowland

Illinois State Police, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' unopposed motion for an extension of time to file their amended answer to Plaintiff's second amended complaint [62] is granted. Defendants shall file their amended answer by 10/29/21. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.