## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Illinois State Rifle Association, et al.

                                    Plaintiff,

v.                                                     Case No.: 1:20−cv−00734

                                                            Honorable Mary M. Rowland

Illinois State Police, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 17, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. Parties are to exchange MIDP disclosures by 12/17/21; serve written discovery by 1/21/22 and complete fact discovery by 5/31/22. Status set for 3/10/22 at 9:30 AM to report on discovery; set expert dates if any and report whether a settlement conference would be productive. Counsel shall call 866−434−5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.