IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOVONI R. SINGLETON, MANISH MOTWANI, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC. <br><br>  Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, and GREGORY HACKER, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, <br><br> Defendants. | No. 1:20 CV 734 |

### JOINT STATUS REPORT

The Plaintiffs, Dovoni R. Singleton, Manish Motwani, Illinois State Rifle Association, and Second Amendment Foundation, Inc., and the Defendants, Illinois State Police, Brendan F. Kelly, in his official capacity as Director of the Illinois State Police, and Gregory Hacker, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by and through their respective undersigned counsel, and submit this Joint Status Report:

### I. Nature of the Case

    A.    The Plaintiffs are represented by David G. Sigale (lead) and Gregory A. Bedell. The Defendants are represented by Amanda L. Kozar.

    B.    The basis for federal jurisdiction is 28 U.S.C. §§ 1331, 1343, 2201 and 2202, and 42 U.S.C. §1983, in that this action seeks to redress the alleged

1

deprivation, under color of the laws, statutes, ordinances, regulations, customs, and usages of the Defendants as they execute, administer and enforce the complained-of laws, of the rights, privileges or immunities secured by the United States Constitution and by Acts of Congress.

  C. Plaintiff allege violations of their Second Amendment and Fourteenth Amendment procedural due process rights due to the Defendants' administration of the appeals process of the Firearm Owners Identification ("FOID") Act (430 ILCS 65/10). Plaintiffs filed a Second Amended Complaint on October 16, 2020, and Defendants filed an Amended Answer and Affirmative Defenses on November 3, 2021.

  D. Plaintiffs seek declaratory, injunctive, and compensatory relief. Plaintiffs also are making a 42 U.S.C. § 1988 claim.

  E. The major legal and factual issues anticipated in the case are the administration of the FOID card appeals system by the Defendants and their employees/subordinates, and whether the FOID appeal system, and the administration thereof, violate the Plaintiffs' Second and Fourteenth Amendment rights.

  F. All Defendants have been served.

## II. Discovery and Case Plan

  A. The parties have propounded F.R. Civ. P. 33 Interrogatories and F.R. Civ. P. 34 Document Requests. The parties anticipate the taking of depositions.

  B. The parties anticipate fact discovery completion on September 30,

2022.

  C. If there will be expert discovery, an expert discovery completion date, including dates for the delivery of expert reports (or summaries for non-retained expert testimony), will be October 31, 2022 for disclosure of Plaintiffs' expert report, November 30, 2022 for the deposing of Plaintiff's expert, January 31, 2021 for disclosure of Defendants' expert report, February 28, 2023 for the deposing of Defendants' expert. The "extra" time in December and January is for the typical delays encountered during the holiday season.

  D. There are no currently-pending motions. Plaintiffs anticipate motions for summary judgment, and to resolve discovery disputes, if any.

  E. The parties agree to service of pleadings and other papers by electronic means under F.R. Civ. P. 5(b)(2)(E).

### III. Trial

  A. Plaintiffs do not demand a jury. Should the case progress to trial, defendants do demand a jury.

  B. The parties anticipate being ready for trial by March 31, 2023.

  C. The estimated length of trial is 7 days.

### IV. Consent and Settlement Discussions

  A. The parties do not unanimously consent to proceed before the Magistrate Judge.

  B. No settlement discussions have occurred.

C.  The parties do not request a settlement conference at this time.

Dated: February 18, 2022

Respectfully submitted,

Attorneys for Plaintiffs
Dovoni R. Singleton, Manish Motwani
Illinois State Rifle Association, and
Second Amendment Foundation, Inc.

Attorneys for Defendants
Illinois State Police, Brendan F. Kelly,
and Gregory Hacker

/s/ David G. Sigale
David G. Sigale (Atty. ID #6238103)
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

/s/ Amanda L. Kozar
Amanda L. Kozar (Atty. ID#6324190)
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-6534
AKozar@atg.state.il.us

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com