# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Illinois State Rifle Association, et al.

                                Plaintiff,

v.                                                  Case No.: 1:20−cv−00734

                                                           Honorable Mary M. Rowland

Illinois State Police, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 22, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. Fact discovery to close on 9/30/22. Status hearing remains set for 5/16/22 [69]. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.