IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOVONI R. SINGLETON, MANISH MOTWANI, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, and GREGORY HACKER, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, <br><br> Defendants. | No. 1:20 CV 734 |

## JOINT STATUS REPORT

The Plaintiffs, Dovoni R. Singleton, Manish Motwani, Illinois State Rifle Association, and Second Amendment Foundation, Inc., and the Defendants, Illinois State Police, Brendan F. Kelly, in his official capacity as Director of the Illinois State Police, and Gregory Hacker, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by and through their respective undersigned counsel, and submit this Joint Status Report per the Court's Order of October 12, 2022 (Dkt. # 79):

1.    Plaintiffs have scheduled five depositions to take place in January, 2023, before the court's discovery closure date. Should the depositions reveal additional witnesses heretofore unknown by the Plaintiffs who they need to depose,

1

they will bring it to the Court's attention promptly.

2. The parties do not anticipate experts.

3. Counsel for the parties have a telephone call scheduled for Monday, December 19, 2022, to discuss the status of the remaining claim(s) and discovery schedule. Should this call raise any issues that need to be brought to the Court's attention, the parties will promptly file an amended status report.

.

Dated: December 16, 2022

Attorneys for Plaintiffs
Dovoni R. Singleton, Manish Motwani
Illinois State Rifle Association, and
Second Amendment Foundation, Inc.

/s/ David G. Sigale
David G. Sigale (Atty. ID #6238103)
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

Respectfully submitted,

Attorneys for Defendants
Illinois State Police, Brendan F. Kelly,
and Gregory Hacker

/s/ Mary A. Johnston
Mary A. Johnston (Atty. ID#6320865)
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-4417
mary.johnston@ilag.gov