**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DOVONI R. SINGLETON, MANISH MOTWANI, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| BRENDAN F. KELLY *et al.* | ) ) |
| Defendants. | ) |

No. 1:20 CV 734

**PARTIES' JOINT MOTION TO STAY DISCOVERY**

Plaintiff, through his attorneys, David Sigale and Greg Bedell, and Defendants, through Kwame Raoul, Attorney General of Illinois, hereby request that this Court stay this matter for ninety (90) days and in support state:

1.      Fact discovery in this case is set to close on January 26, 2022, and counsel for Plaintiffs have sent notices for five depositions. ECF Nos. 79-80.

2.      At this time, the only remaining claim[1] in this lawsuit relates to Manish Motwani's appeal related to his application for a Firearm Owners Identification Card ("FOID card").

3.      The records of the Firearm Services Bureau ("FSB"), which is currently responsible for processing FOID card appeals, show that the FSB sent Motwani a notice of missing documents in 2021, and that Motwani's appeal was closed because the FSB did not receive the required documents. However, Motwani's records do not show that he received the letter, nor was a copy sent to/received by counsel.

---

[1] Plaintiff Singleton's FOID card appeal was successful, and he has been issued a FOID card.

1

4.      In light of this information, FSB will reopen Motwani's appeal and resend the notice of missing documents before December 31, 2022. This notice requests that Motwani provide missing documents within 60 days, as provided in 20 Ill. Admin. Code 1230.70(f).

5.      Moreover, starting on January 1, 2023, appeals of FOID card denials will be handled by a new Firearm Owners Identification Card Review Board. *See* 430 ILCS 65/10(a).

6.      Counsel for the parties conferred on December 19, 2022, to discuss what discovery is appropriate in light of these developments.

7.      The parties agreed that Motwani's claim may soon become moot. If Motwani's claims do not become moot for some reason, or if Plaintiffs amend their complaint to add any individual Plaintiffs, it is unclear how the FOID card appeals process will be impacted by the institution of Firearm Owners Identification Card Review Board on January 1, 2023.

8.      Specifically, additional discovery may be needed, or the currently scheduled depositions of five state employees may be unnecessary once counsel for the parties have a better understanding of the new Firearm Owners Identification Card Review Board and how the review board may impact this case.

9.      As such, the parties believe it is appropriate to stay this case for 90 days, or until March 20, 2023.

10.     This request is made in good faith and not for purposes of delay, but only so that the parties may properly and fully present the relevant issues to the Court.

December 20, 2022

Respectfully submitted,

/S/ DAVID S. SIGALE
David G. Sigale (Atty. ID #6238103)
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

/S/ MARY A. JOHNSTON
Mary A. Johnston (Atty. ID #6320865)
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 814-4417
mary.johnston@ilag.gov

Gregory A. Bedell (Atty. ID #6189762)
Knabe & Bedell
33 North Dearborn Street, 10th Floor
Chicago, IL 60602
(312) 977-9119
gbedell@kkbchicago.com

*Attorney for Defendants*

*Attorneys for Plaintiffs*