# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Illinois State Rifle Association, et al.

                            Plaintiff,

v.                                                    Case No.: 1:20−cv−00734

                                                         Honorable Mary M. Rowland

Brendan F. Kelly, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Parties' motion to stay discovery [82] is granted. Parties are to file a status report on 3/24/23 and indicate whether they have resolved the matter or the matter is moot or when the remaining discovery can be completed. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.