IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOVONI R. SINGLETON, MANISH MOTWANI, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, and GREGORY HACKER, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | No. 1:20 CV 734 |

## JOINT STATUS REPORT

The Plaintiffs, Dovoni R. Singleton, Manish Motwani, Illinois State Rifle Association, and Second Amendment Foundation, Inc., and the Defendants, Illinois State Police, Brendan F. Kelly, in his official capacity as Director of the Illinois State Police, and Gregory Hacker, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau, by and through their respective undersigned counsel, and submit this Joint Status Report per the Court's Order of December 22, 2022 (Dkt. # 83):

1.  Counsel for the parties have conferred, and based on how the individual Plaintiffs have received their FOID cards, and on the changes to the Illinois FOID Card Act regarding the appeals process, specifically the creation of the

FOID Card Review Board at 430 ILCS 65/10(a-5), the parties expect to file a

Stipulation to Dismiss. The parties request 21 days to do so.

.

| | |
|---|---|
| Dated: March 24, 2023 | Respectfully submitted, |
| Attorneys for Plaintiffs<br>Dovoni R. Singleton, Manish Motwani<br>Illinois State Rifle Association, and<br>Second Amendment Foundation, Inc. | Attorneys for Defendants<br>Illinois State Police, Brendan F. Kelly,<br>and Gregory Hacker |
| /s/ David G. Sigale<br>David G. Sigale (Atty. ID #6238103)<br>Law Firm of David G. Sigale, P.C.<br>430 West Roosevelt Road<br>Wheaton, IL 60187<br>630.452.4547<br>dsigale@sigalelaw.com | /s/ Mary A. Johnston<br>Mary A. Johnston (Atty. ID#6320865)<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, IL 60601<br>(312) 814-4417<br>mary.johnston@ilag.gov |

Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com