IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOVONI R. SINGLETON, MANISH MOTWANI, ILLINOIS STATE RIFLE ASSOCIATION, and SECOND AMENDMENT FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE POLICE, BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, and GREGORY HACKER, in his official capacity as Bureau Chief of the Illinois State Police Firearms Services Bureau,<br><br>Defendants. | No. 1:20 CV 734 |

## STIPULATION OF DISMISSAL

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1. Pursuant to this Court's Orders, counsel for Plaintiffs and Defendants met and conferred regarding the State's recent changes to its FOID card appeal process.

2. Beginning January 1, 2023, most FOID card appeals requiring consideration and discretion no longer go through the Illinois State Police's Office of Firearm Safety or its Firearms Services Bureau, but instead now go through the Governor-appointed FOID Card Review Board (430 ILCS 65/10(a-5)). This Statute creates a timeline for processing appeals over which the FOID Card Review Board has jurisdiction.

1

3. Additionally, the individual Plaintiffs Singleton and Motwani have received their FOID cards and therefore their disputes have been resolved.

4. Based on these developments, and the changes to the FOID card appeal process brought about by 430 ILCS 65/10(a-5), the parties stipulate to the voluntary dismissal of this case with prejudice, with each side to bear its own costs.

Dated: March 31, 2023

Attorneys for Plaintiffs
Dovoni R. Singleton, Manish Motwani,
Illinois State Rifle Association, and
Second Amendment Foundation, Inc.

/s/ David G. Sigale
David G. Sigale (Atty. ID # 6238103)
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

/s/ Gregory A. Bedell
Gregory A. Bedell (Atty. ID# 6189762)
Knabe & Bedell
33 North Dearborn Street
10th Floor
Chicago, Illinois 60602
312.977.9119
gbedell@kkbchicago.com

Respectfully submitted,

Attorneys for Defendants
Illinois State Police, Brendan F. Kelly,
and Gregory Hacker

/s/ Mary A. Johnston
Mary A. Johnston (Atty. ID# 6320865)
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601
(312) 721-8734
Mary.Johnston@ilag.gov